IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **OPTIMIZE TECHNOLOGY SOLUTIONS, LLC**<br><br>    Plaintiff,<br><br>    v.<br><br>**STAPLES, INC., et al.**<br><br>    Defendants. | CASE NO.  2:11-CV-419-JRG<br><br><br><br><br><br>JURY TRIAL DEMANDED |

### NOTICE OF APPEARANCE OF JOEL C. BOEHM ON BEHALF OF DEFENDANT RHAPSODY INTERNATIONAL INC.

Defendant Rhapsody International Inc. files this Notice of Appearance and hereby notifies the Court and all persons of record that Joel C. Boehm of the law firm of Wilson Sonsini Goodrich & Rosati, Professional Corporation, is appearing as counsel for Defendant Rhapsody International Inc. in the above-referenced matter.

Dated:  April 15, 2013

                        Respectfully submitted,

                        WILSON SONSINI GOODRICH & ROSATI
                        Professional Corporation

                        By: /s/: Joel C. Boehm
                             Brian D. Range
                             Texas Bar No. 24033106
                             brange@wsgr.com
                             Joel C. Boehm
                             Texas Bar No. 24069393
                             jboehm@wsgr.com

        900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, TX 78746-5546
Telephone:  (512) 338-5400
Facsimile:   (512) 338-5499

Stefani E Shanberg
Texas Bar No. 24009955
sshanberg@wsgr.com
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2000
Facsimile:  (415) 947-2099

**ATTORNEYS FOR DEFENDANT RHAPSODY INTERNATIONAL INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by US Mail on this the 15th day of April, 2013.

By:  /s/: Joel C. Boehm