IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| OPTIMIZE TECHNOLOGY SOLUTIONS, LLC | § § § | Civil Action No. 2:11-cv-419 [JRG] |
| v. | § § § | Jury Trial Demanded |
| STAPLES, INC.; DILLARDS'S, INC.; DRUGSTORE.COM, INC.; HSN, INC.; J.C. PENNEY COMPANY, INC.; L.L. BEAN, INC.; RECREATIONAL EQUIPMENT, INC.; RHAPSODY INTERNATIONAL INC. | § § § § § § § § | |

## NOTICE OF APPEARANCE AS COUNSEL

Defendant Recreational Equipment, Inc. files this Notice of Appearance of Counsel and hereby notifies the Court that Michael E. Jones of the law firm Potter Minton, P.C., 110 N. College Ave., Suite 500, Tyler, Texas 75702 is appearing as counsel for Defendant Recreational Equipment, Inc. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: April 16, 2013

Respectfully submitted,

*/s/ Michael E. Jones*
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Potter Minton, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

**ATTORNEY FOR DEFENDANT
RECREATIONAL EQUIPMENT, INC.**

# CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 16, 2013.

>*/s/ Michael E. Jones*
>Michael E. Jones