# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| OPTIMIZE TECHNOLOGY SOLUTIONS, LLC | § § § | |
| Plaintiff, | § § | Civil Action No. 2:11-CV-419-JRG |
| v. | § § | |
| STAPLES, INC., et al., | § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

## NOTICE OF APPEARANCE OF PARKER C. ANKRUM

Defendant Recreational Equipment, Inc. hereby notifies the Court and all parties of record that, in addition to the attorneys already representing it, Parker C. Ankrum of Kasowitz, Benson, Torres & Friedman LLP, 333 Twin Dolphin Drive, Suite 200, Redwood Shores, CA 94065, (650) 453-5170, pankrum@kasowitz.com will be appearing as an attorney of record on its behalf.

Dated: April 16, 2013

Respectfully submitted,

*/s/ Parker C. Ankrum*
Parker C. Ankrum, CA Bar No. 261608
pankrum@kasowitz.com
KASOWITZ, BENSON, TORRES
  & FRIEDMAN LLP
333 Twin Dolphin Drive
Redwood Shores, CA 94065
Tel: (650) 453-5170
Fax: (650) 453-5171

Attorneys for Defendant
RECREATIONAL EQUIPMENT, INC.

10005667v1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served electronically on opposing counsel pursuant to Local Rule CV-5(a)(7)(C) on April 16, 2013.

/s/ *Parker C. Ankrum*
Parker C. Ankrum