IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| OPTIMIZE TECHNOLOGY SOLUTIONS, LLC, | § § § | |
| Plaintiff, | § § | |
| | § | Civil Action No. 2:11-CV-00419-DF |
| v. | § § | |
| (1)  STAPLES, INC., | § | |
| (2)  DILLARD'S, INC., | § | |
| (3)  DRUGSTORE.COM, INC., | § | |
| (4)  HSN, INC., | § | JURY TRIAL DEMANDED |
| (5)  J. C. PENNEY COMPANY, INC., | § | |
| (6)  L.L. BEAN, INC., | § | |
| (7)  RECREATIONAL EQUIPMENT, INC.,         and | § § | |
| (8)  RHAPSODY INTERNATIONAL INC., | § § | |
| Defendants. | § | |

## PLAINTIFF OPTIMIZE TECHNOLOGY SOLUTIONS, LLC'S NOTICE OF DISCLOSURE

Optimize Technology Solutions, LLC ("Optimize"), Plaintiff in the above entitled and numbered civil action, certifies that on April 5, 2013, it complied with Patent Rules 3-1 and 3-2 by providing its Disclosure of Asserted Claims and Infringement Contentions and Document Production Accompanying Disclosure to all Defendants.

Dated: April 16, 2013            Respectfully submitted,


By:   /s/ Eric L. Manchin

Steven Sprinkle (*LEAD COUNSEL*)
Texas State Bar No. 00794962
Elizabeth J. Brown Fore
Texas State Bar No. 24001795
Scott S. Crocker
Texas State Bar No. 00790532

1

        Ari Akmal
Texas State Bar No. 24031581
SPRINKLE IP LAW GROUP, P.C.
1301 W. 25th Street, Suite 408
Austin, Texas 78705
(512) 637-9220
(512) 371-9088 - facsimile
E-mail: ssprinkle@sprinklelaw.com
E-mail: ebrownfore@sprinklelaw.com
E-mail: scrocker@sprinklelaw.com
E-mail: aakmal@sprinklelaw.com

Michael Kaeske
Texas State Bar No. 00794061
Eric Manchin
Texas State Bar No. 24013094
KAESKE LAW FIRM
1301 W. 25th Street, Suite 406
Austin, Texas 78705
(512) 366-7300
(512) 366-7767 - facsimile
E-mail:mkaeske@kaeskelaw.com
E-mail:emanchin@kaeskelaw.com

*ATTORNEYS FOR PLAINTIFF*
*OPTIMIZE TECHNOLOGY SOLUTIONS, LLC*

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this Notice was served on all counsel who are deemed to have consented to electronic service pursuant to Local Rule CV-5(a)(3)(A) on this the 16th day of April, 2013.


        /s/ Eric L. Manchin _____
        Eric L. Manchin