# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| OPTIMIZE TECHNOLOGY SOLUTIONS, LLC | § § § | |
| Plaintiff, | § § | |
| | § | Civil Action No. 2:11-CV-419-JRG |
| v. | § § | |
| STAPLES, INC., et al., | § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

## NOTICE OF APPEARANCE OF JONATHAN K. WALDROP

Defendant Recreational Equipment, Inc. hereby notifies the Court and all parties of record that, in addition to the attorneys already representing it, Jonathan K. Waldrop of Kasowitz, Benson, Torres & Friedman LLP, 1349 West Peachtree Street, N.W., Suite 1500, Atlanta, GA 30309, (404) 260-6080, jwaldrop@kasowitz.com will be appearing as an attorney of record on its behalf.  All pleadings, discovery, correspondence, and other material should be served upon counsel at the address referenced above.

Dated: April 16, 2013

Respectfully submitted,

/s/ Jonathan K. Waldrop
Jonathan K. Waldrop, GA Bar No. 731103
jwaldrop@kasowitz.com
KASOWITZ, BENSON, TORRES
  & FRIEDMAN LLP
1349 West Peachtree Street N.W.
Suite 1500
Atlanta, GA 30309
Tel:  (404) 260-6080
Fax:  (404) 260-6081

Attorneys for Defendant
RECREATIONAL EQUIPMENT, INC.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 16, 2013.

              */s/ Jonathan K. Waldrop*
              Jonathan K. Waldrop