# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| Optimize Technology Solutions, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>Staples, Inc., *et al.*,<br><br>      Defendants. | Civil Action No. 2:11-cv-00419-JRG |

## NOTICE OF APPEARANCE OF COUNSEL

Defendants Staples, Inc., Dillard's, Inc., drugstore.com, Inc., and J. C. Penney Company, Inc. ("Defendants"), file this Notice of Appearance, and hereby notify the Court that Brian Craft, of the law firm Findlay Craft, LLP, 6760 Old Jacksonville Hwy, Suite 101, Tyler, TX  75703, Telephone (903) 534-1100, Fax (903) 534-1137, E-mail: bcraft@findlaycraft.com has entered this action as counsel for Defendants. In connection with this notice, Mr. Craft requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: April 17, 2013

                                                            Respectfully submitted,

                                                            By: /s/ *Brian Craft*
                                                            Brian Craft
                                                            State Bar No. 04972020
                                                            Findlay Craft, LLP
                                                            6760 Old Jacksonville Hwy
                                                            Suite 101
                                                            Tyler, TX  75703
                                                           (903) 534-1100
                                                           (903) 534-1137 FAX
                                                           bcraft@findlaycraft.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 17, 2013, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

      /s/ *Brian Craft*
      Brian Craft