UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Optimize Technology Solutions, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>Staples, Inc., *et al*.,<br><br>   Defendants. | Civil Action No. 2:11-cv-00419-JRG |

**NOTICE OF APPEARANCE OF COUNSEL**

  Defendants Staples, Inc., Dillard's, Inc., drugstore.com, Inc., and J. C. Penney Company, Inc. ("Defendants"), file this Notice of Appearance, and hereby notify the Court that Eric H. Findlay, of the law firm Findlay Craft, LLP, 6760 Old Jacksonville Hwy, Suite 101, Tyler, TX 75703, Telephone (903) 534-1100, Fax (903) 534-1137, E-mail: efindlay@findlaycraft.com has entered this action as counsel for Apple Inc. In connection with this notice, Mr. Findlay requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: April 17, 2013

                Respectfully submitted,

                By: /s/ *Eric H. Findlay*
                Eric H. Findlay
                State Bar No. 00789886
                Findlay Craft, LLP
                6760 Old Jacksonville Hwy
                Suite 101
                Tyler, TX  75703
                (903) 534-1100
                (903) 534-1137 FAX
                efindlay@findlaycraft.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 17, 2013, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

      /s/ *Eric H. Findlay*
      Eric H. Findlay