IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| OPTIMIZE TECHNOLOGY SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> STAPLES, INC., *et al*., <br><br> Defendants. | Civil Action No. 2:11-cv-00419-JRG <br><br><br> JURY TRIAL DEMANDED |

## ORDER

Pending before the Court is the motion by Klaus H. Hamm, Jeffrey S. Love and Derrick W. Toddy of Klarquist Sparkman, LLP to withdraw as attorneys for Defendant Recreational Equipment, Inc. The Court GRANTS the motion to withdraw. Mr. Hamm, Mr. Love and Mr. Toddy are no longer counsel of record for Defendant Recreational Equipment, Inc.

**So ORDERED and SIGNED this 18th day of April, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE