IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| OPTIMIZE TECHNOLOGY SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> STAPLES, INC., *et al.*, <br><br> Defendants. | CASE NO. 2:11-cv-00419-DF <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Klaus H. Hamm, of the law firm Klarquist Sparkman, LLP, enters his appearance in this matter as counsel for Defendant J.C. Penney Company, Inc.

Respectfully submitted,

Dated: April 18, 2013    By:    */s/ Klaus H. Hamm*
Klaus H. Hamm (OR Bar No. 091730)
klaus.hamm@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: (503) 595-5300
Facsimile: (503) 595-5301

*Attorneys for Defendants Dillard's, Inc., drugstore.com, Inc., Staples, Inc. and J.C. Penney Company, Inc.*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 18, 2013 a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

> */s/ Klaus H. Hamm*
> Klaus H. Hamm