IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| OPTIMIZE TECHNOLOGY SOLUTIONS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>STAPLES, INC., *et al*.,<br><br>    Defendants. | CASE NO.  2:11-cv-00419-DF<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Jeffrey S. Love, of the law firm Klarquist Sparkman, LLP, enters his appearance in this matter as counsel for Defendant J.C. Penney Company, Inc.

Respectfully submitted,

Dated:  April 18, 2013         By:    */s/ Jeffrey S. Love*
                                      Klaus H. Hamm (OR Bar No. 091730)
                                      klaus.hamm@klarquist.com
                                      Jeffrey S. Love (OR Bar No. 873987)
                                      jeffrey.love@klarquist.com
                                      Derrick W. Toddy (OR Bar No. 072043)
                                      derrick.toddy@klarquist.com
                                      KLARQUIST SPARKMAN, LLP
                                      121 S.W. Salmon Street, Suite 1600
                                      Portland, Oregon  97204
                                      Telephone:  (503) 595-5300
                                      Facsimile:  (503) 595-5301

                                      *Attorneys for Defendants Dillard's, Inc.,
                                      drugstore.com, Inc., Staples, Inc., and J.C. Penney
                                      Company, Inc.*

1

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on April 18, 2013 a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                              */s/ Jeffrey S. Love*
                                              Jeffrey S. Love