**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| OPTIMIZE TECHNOLOGY SOLUTIONS, LLC, | |
| Plaintiff, | CASE NO.  2:11-cv-00419-DF |
| v. | |
| STAPLES, INC., *et al.*, | JURY TRIAL DEMANDED |
| Defendants. | |

<u>**NOTICE OF APPEARANCE**</u>

Notice is hereby given that the undersigned attorney, Carla Todenhagen, of the law firm

Klarquist Sparkman, LLP, enters his appearance in this matter as counsel for Defendants

Dillard's, Inc., drugstore.com, Inc., Staples, Inc., and J.C. Penney Company, Inc.

Respectfully submitted,

Dated:  April 24, 2013        By:    */s/ Carla Todenhagen*
                                             Klaus H. Hamm (OR Bar No. 091730)
                                             klaus.hamm@klarquist.com
                                             Jeffrey S. Love (OR Bar No. 873987)
                                             jeffrey.love@klarquist.com
                                             Todd M. Siegel (OR Bar No. 001049)
                                             todd.siegel@klarquist.com
                                             Derrick W. Toddy (OR Bar No. 072043)
                                             derrick.toddy@klarquist.com
                                             Carla Todenhagen (OR Bar No. 065238)
                                             carla.todenhagen@klarquist.com
                                             KLARQUIST SPARKMAN, LLP
                                             121 S.W. Salmon Street, Suite 1600
                                             Portland, Oregon  97204
                                             Telephone:  (503) 595-5300
                                             Facsimile:  (503) 595-5301

                                             *Attorneys for Defendants Dillard's, Inc.,
                                             drugstore.com, Inc., Staples, Inc., and J.C. Penney
                                             Company, Inc.*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 24, 2013 a true and correct copy of the

above and foregoing document has been served on all counsel of record who are deemed to have

consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).


*/s/ Carla Todenhagen*
Carla Todenhagen