# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| OPTIMIZE TECHNOLOGY SOLUTIONS, LLC | § § § | |
| Plaintiff, | § § | Civil Action No. 2:11-CV-419-JRG |
| v. | § § | |
| STAPLES, INC., et al., | § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

## NOTICE OF APPEARANCE OF L. OKEY ONYEJEKWE, JR.

Defendant Recreational Equipment, Inc. hereby notifies the Court and all parties of record that, in addition to the attorneys already representing it, L. Okey Onyejekwe, Jr. of Kasowitz, Benson, Torres & Friedman LLP, 333 Twin Dolphin Drive, Suite 200, Redwood Shores, CA 94065, (650) 453-5170, oonyejekwe@kasowitz.com will be appearing as an attorney of record on its behalf. All pleadings, discovery, correspondence, and other material should be served upon counsel at the address referenced above.

Dated: May 1, 2013

Respectfully submitted,

/s/ L. Okey Onyejekwe, Jr.
L. Okey Onyejekwe, Jr. CA Bar No. 250354
oonyejekwe@kasowitz.com
KASOWITZ, BENSON, TORRES
  & FRIEDMAN LLP
333 Twin Dolphin Drive
Redwood Shores, CA 94065
Tel:  (650) 453-5170
Fax:  (650) 453-5171

Attorneys for Defendant
RECREATIONAL EQUIPMENT, INC.

SV-#10007258-v1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 1, 2013.

/s/ *L. Okey Onyejekwe, Jr.*
L. Okey Onyejekwe, Jr.