# EXHIBIT P

**U.S. Patent No. 6,330,592**

Method, Memory, Product and Code for
Displaying Pre-Customized Content
Associated with Visitor Data

# Optimize Markman Tutorial

Optimize Technology Solutions, LLC,
v. Staples, Inc., et al.



# Step 2: Provide Personalized Content



The **personalized** content is located based on visitor interests, and the customized web page is then **dynamically generated** and provided to the user. This happens "live" as the visitor waits for the information.

Next >

Optimize

# The Solution: '592 Patent



**1** The '592 patent unobtrusively collects visitor information in a visitor profile...

**2** Delivers web pages with predetermined content that appear to be personalized ("pre-customized web content").

**3** Delivers the pre-customized web content quickly from a cache without having to resort to source data.

Next >

Optimize

# Summary



Optimize