IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| OPTIMIZE TECHNOLOGY SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> STAPLES, INC., *et al.*, <br><br> Defendants. | Civil Action No. 2:11-cv-00419-JRG <br><br><br> JURY TRIAL DEMANDED |

## UNOPPOSED MOTION TO WITHDRAW AS ATTORNEY

Pursuant to Local Rule CV-11(d), D. Alan White of Kasowitz, Benson, Torres & Friedman LLP respectfully moves to withdraw as attorney for Defendant Recreational Equipment, Inc. ("REI") in this matter. REI will continue to be represented by Michael E. Jones and Allen Gardner of Potter Minton, P.C., and Jeffrey J. Toney, Jonathan K. Waldrop, L. Okey Onyejekwe, Jr. and Parker C. Ankrum of Kasowitz, Benson, Torres & Friedman LLP. Counsel for Plaintiff are not opposed to this motion to withdraw.

Respectfully submitted,

Dated: February 7, 2014

By: _____
D. Alan White

Michael E. Jones (TX Bar No. 10929400)
mikejones@potterminton.com
Allen F. Gardner (TX Bar No. 24043679)
allengardner@potterminton.com
Potter Minton, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

L. Okey Onyejekwe, Jr. (CA Bar No. 250354)
oonyejekwe@kasowitz.com
Parker C. Ankrum (CA Bar No. 261608)
pankrum@kasowitz.com
KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP
333 Twin Dolphin Drive
Redwood Shores, CA 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Jeffrey J. Toney (GA Bar No. 714615)
jtoney@kasowitz.com
Jonathan K. Waldrop (GA Bar No. 731103)
jwaldrop@kasowitz.com
D. Alan White (GA Bar No. 410546)
awhite@kasowitz.com
KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP
1349 West Peachtree Street N.W.
Suite 1500
Atlanta, GA 30309
Telephone: (404) 260-6080
Facsimile: (404) 260-6081

*ATTORNEYS FOR DEFENDANT
RECREATIONAL EQUIPMENT, INC.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 7, 2014 a true and correct copy of the above and foregoing document was served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

_____
D. Alan White

## CERTIFICATE OF CONFERENCE

The undersigned certifies that he has complied with Local Rule 7(h) and this motion is unopposed.

_____
D. Alan White

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| OPTIMIZE TECHNOLOGY SOLUTIONS, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STAPLES, INC., *et al.*,<br><br>　　　　Defendants. | Civil Action No.   2:11-cv-00419-JRG<br><br>JURY TRIAL DEMANDED |

## ORDER

Pending before the Court is the motion by D. Alan White of Kasowitz, Benson, Torres & Friedman LLP to withdraw as attorney for Defendant Recreational Equipment, Inc. The Court GRANTS the motion to withdraw. Mr. White is no longer counsel of record for Defendant Recreational Equipment, Inc.

**So ORDERED and SIGNED this** _____ day of February, 2014

　　　　　　　　　　　　　　　　　　　　RODNEY GILSTRAP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE