**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| OPTIMIZE TECHNOLOGY SOLUTIONS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 11-CV-00419-JRG |
| STAPLES, INC. et al. | ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

**HSN, INC'S NOTICE OF COMPLAINCE**
**WITH JANUARY 29, 2014 ORDER**

Defendant, HSN, Inc., provides this notice that, on March 17, 2014, it served documents and a Declaration from the Chief Information Officer (CIO) at HSN, Inc., on Plaintiff Optimize Technology Solutions, LLC, in compliance with the Court's January 29, 2014 Order.

**DATED:  March 19, 2014**                                **HSN, Inc.**

                                             */s/Patrick T. Muffo*
                                             One of its attorneys

**Attorneys for HSN, Inc.**

Joseph R. Lanser
Patrick T. Muffo
SEYFARTH SHAW LLP
131 S. Dearborn Street
Suite 2400
Chicago, Illinois 60603
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000

17000030v.1

## CERTIFICATE OF SERVICE

     I, Patrick T. Muffo, an attorney, certify that I caused the foregoing to be filed electronically with the Clerk of the Court for the Eastern District of Texas using the Court's Electronic Case Filing System, which will send notification to the registered participants of the ECF System as listed in the Court's Notice of Electronic Filing, on March 19, 2014.

                                                    /s/ Patrick T. Muffo
                                                    Patrick T. Muffo
                                                    131 South Dearborn Street
                                                    Suite 2400
                                                    Chicago, Illinois  60603
                                                    (312) 469-5000 – Telephone
                                                    (312) 460-7000 – Facsimile
                                                    pmuffo@seyfarth.com